
# DESERT SCHOOLS
FEDERAL CREDIT UNION

February 9, 2012

Deanna K Frader
2926 E Laurel St
Mesa, Arizona 85213

Re: Summons for Financial Records

Dear **Member:**

This is a courtesy letter to inform you that Desert Schools Federal Credit Union has received a **Summons** to provide your account information to the issuing agency.

Enclosed is a copy of the **summons** that outlines the details and the time frame for compliance. Please review the **summons** and consult your attorney with any questions. Desert Schools Federal Credit Union is not entitled to provide any legal advice. You will only need to contact us in writing within **two** business days upon receipt of this letter if there is any further development regarding this court order.

Sincerely,


Document Imaging
Desert Schools Federal Credit Union
Phone- 602-433-6282 Option 2

**Enclosure**



# Summons

In the matter of  Deanna K. Frader, et al  SSN#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
Internal Revenue Service (Division):  Small Business/Self-Employed
Industry/Area (name or number):  Western Area Exam, Phoenix Terriroty 1, Exam Group 8
Periods:  December 31, 2007 to January 31, 2011

### The Commissioner of Internal Revenue

To:  Desert Schools Federal Credit Union, Attn: Document Management
At:  148 N 48th Street, Phoenix, AZ  85034

You are hereby summoned and required to appear before  Roberta James, Revenue Agent  an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Account numbers for which information information is NOT required:  #1100123100, #1100123180.

Refer to attachment. Include all documents for the period of December 31, 2007 to January 31, 2011.

If this summons request is to exceed more than $1,000 in cost to you, please contact me before incurring such costs.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____    Revenue Agent
Signature of IRS officer serving the summons    Title

**Business address and telephone number of IRS officer before whom you are to appear:**
1818 E. Southern Avenue, Suite 15, Mail Stop 4103MES:RJ, Mesa, Arizona 85204 (480) 503-7267

Place and time for appearance at  IRS, 1818 E. Southern Avenue, Suite 15, Mesa, Arizona 85204

**IRS**
on the  2nd  day of  March , 2012  at  2  o'clock  p  m.
Issued under authority of the Internal Revenue Code this  2nd  day of  February , 2012 .

Department of the Treasury
Internal Revenue Service
www.irs.gov

_____    Revenue Agent
Signature of issuing officer    Title

_____    Group Manager
Signature of approving officer (if applicable)    Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Part A - to be given to person summoned

# ATTACHMENT TO SUMMONS/SUBPEONA

        Issued to:  Desert Schools FCU
In the matter of:  Deanna K. Frader
        Address:  2926 E. Laurel Street, Mesa, Arizona  85213
         Periods:  12/01/2007 through 01/31/2010

For the periods specified above, please furnish all books, papers, records, and other data concerning all accounts in which the above-named entity is identified as having any ownership interests, signatory privileges, rights to make withdrawals, or for which the above-named entity is shown as the trustee, co-signer, guardian, custodian, or beneficiary. This request for records includes, but is not limited to:

1. **SAVINGS ACCOUNT RECORDS** including signature cards, ledger cards or records showing dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued, and exempt status documentation.

2. **CHECKING ACCOUNT RECORDS** including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records of all debit and credit memos, incoming & outgoing wire instructions, Forms 1099 issued, and exempt status documentation.

    *EXCLUDE ACCOUNTS # 1100123100 & 1100123180*

3. **LOAN RECORDS** including applications, financial statements, loan collateral, credit, and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans and records showing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

4. **SAFE DEPOSIT BOX RECORDS** including contracts, access records, and records of rental fees paid showing the date, amount, and method of payment (cash or check).

5. **CERTIFICATES OF DEPOSIT, MONEY MARKET CERTIFICATES, AND RETIREMENT ACCOUNTS** including applications, actual instruments(s), records of purchases and redemptions, checks issued on redemption, checks used to purchase certificates, any correspondence and any Forms 1099 issued, records showing the annual interest paid or accumulated, the dates of payment or dates interest was earned, checks issued for interest payments.

6. **CREDIT CARD RECORDS** including the above named individual(s)' application, signature card, any credit or background investigations conducted, correspondence about the credit card accounts, monthly billing statements, individual charge invoices, repayment records showing the dates, amounts, and method (cash or check) of repayment, checks used to make repayments (front and back).

7. **PURCHASES OF BANK CHECKS** including cashier's, teller's, or traveler's check records, or money order records including the check register, file copies of the checks or money orders, records showing the date and source of payment for such checks or money orders.

1

# ATTACHMENT TO SUMMONS/SUBPEONA

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

If this summons request is to exceed more than $1,000 in cost to you, please contact me before incurring such costs.

2